## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Elizabeth B Yilmaz

                                          Debtor

Chapter 13   No.   18-35897

Judge      Pamela S. Hollis

Date of Notice 9/25/2020

### NOTICE OF FAILURE TO COMPLY WITH ORDER/NOTICE OF DEFAULT

To:   Elizabeth B Yilmaz
      317 Candle Light Court
      Bolingbrook, IL 60440

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

PLEASE TAKE NOTICE that pursuant to the terms of the Agreed Default Order entered December 27, 2019, the Debtor is in default per the order as follows:

| | |
|---|---:|
| 2 Months @ $844.82 [8.1.20 – 9.1.20] | $1,689.64 |
| Less partial payments | ($529.92) |
| **Total Required To Cure** | $1,159.72 |

Pursuant to the terms of the order cure must be made 14 days from the date hereof and must be in the form of certified funds or money order payable to Select Portfolio Servicing, Inc. and tendered to Kluever Law Group, LLC at the address below, Attn: Matthew C. Abad.

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Failure to Comply with Order on the Debtor by depositing same in the United States mail at 225 W. Washington St., Chicago, Illinois 60606 at 5:00 p.m. on September 25, 2020 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever Law Group, LLC
225 W. Washington St., Suite 1550
Chicago, IL 60606
(312) 236-0077
File: SPSB.2597